Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                         Case No.    10-48046

Gerardo A Martinez                             Chapter     13
            Debtor(s)
_____/

APPLICATION FOR ORDER GRANTING MOTION TO

VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE

On 9/23/2010 Debtor's attorney served a Notice to Opportunity for Hearing on Debtor's

Motion to Value the Lien of Bank Of America at $0 and Avoid that Lien Upon Debtor's

Discharge on Junior Lienholder Bank Of America as required by by Bankruptcy Local Rule

9014-1. To date no request for a hearing has been served on Debtor's counsel.

Date: October 21, 2010                         *Evan Livingstone*
                                               _____
                                               Evan Livingstone
                                               Attorney for Debtor

DECLARATION OF EVAN LIVINGSTONE

I Evan Livingstone, attorney for the debtor in the above matter, have personal knowledge

of the above facts, and I declare them to be true under penalty of perjury.

Date: October 21, 2010                         *Evan Livingstone*
                                               _____
                                               Evan Livingstone

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-48046 |
|---|---|
| Gerardo A Martinez | Chapter 13 |
| Debtor(s) | |

PROPOSED ORDER GRANTING MOTION TO VALUE LIEN AS $0

AND AVOID LIEN UPON DISCHARGE OF DEBTOR

On July 15, 2010 Debtor filed a motion to value the lien of Bank Of America (hereinafter Lienholder) against the property commonly known as 765 Andrea Way, Pittsburg CA 94565-4610, Contra Costa County AP #095-361-0052, which lien was recorded in the Contra Costa County Recorder's Office on or about 2/9/2005 as document 004640700 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

END OF ORDER

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Case No.    10-48046

Gerardo A Martinez                                  Chapter     13
         Debtor(s)
_____/

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2010, a copy of above APPLICATION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 AND AVOIDING LIEN UPON DEBTOR'S DISCHARGE as well as a copy of the proposed order, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by _mail addressed as follows:

>    Brian Moynihan
>    CEO and President
>    Bank of America
>    100 North Tryon St.
>    Charlotte, NC 28202

Date: October 21, 2010

*Evan Livingstone*
_____
Evan Livingstone